Dismissed and Opinion filed December 23, 2003









Dismissed and Opinion filed December 23, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01192-CV

____________

 

RALPH O. DOUGLAS, Appellant

 

V.

 

SAMUEL D. ADAMO, Appellee

 



 

On Appeal from the 269th District
Court

Harris County, Texas

Trial Court Cause No. 01-10865

 



 

M E M O R A N D U M  O P I N I O N

This is an attempted appeal from the denial of a motion to
reinstate signed August 14, 2003. 
Appellant filed an affidavit of inability to pay costs.  The Harris County District Clerk filed a
contest to the affidavit, which was sustained on October 24, 2003.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  








On November 25, 2003, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 23, 2003.

Panel consists of Chief Justice
Hedges and Justices Anderson and Seymore.